UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| SALEEM ESTREMERA,<br>#46484048 | )<br>)<br>) | |
| Plaintiff, | )<br>) | 2:12-cv-00309-KJD-VCF |
| vs. | )<br>) | **ORDER** |
| NEVADA SOUTHERN<br>DETENTION CENTER, *et al.*, | )<br>)<br>) | |
| Defendants. | ) | |

Plaintiff has submitted a *pro se* civil rights complaint. However, his application to proceed *in forma pauperis* is not on the proper form for a prisoner filing for *in forma pauperis* status. Moreover, the application is incomplete; he has not included the financial certificate signed by an authorized officer, and the statement for plaintiff's institutional account is missing. *See* 28 U.S.C. § 1915(a)(1)-(2); Local Rules of Special Proceedings 1-1, 1-2. Accordingly, plaintiff will be granted thirty (30) days to submit a completed and signed application to proceed *in forma pauperis* on the required form for a prisoner provided by this court. The application must be accompanied by all required financial documentation, as described in the instructions for use of the form.

1   **IT IS THEREFORE ORDERED** that the Clerk **SHALL SEND** plaintiff the approved
2   form for Application to Proceed *In Forma Pauperis*, as well as the document "Information and
3   Instructions for Filing a Motion to Proceed *In Forma Pauperis*."  Within **thirty (30)** days from the date
4   of entry of this order, plaintiff **SHALL FILE** a completed and signed application to proceed *in forma*
5   *pauperis*, along with all required financial documentation, on the form provided by this court.  Plaintiff's
6   failure to file an application to proceed *in forma pauperis* in compliance with this order may result in
7   the immediate dismissal of this entire action.

9   DATED this 9th day of March, 2012.

11  UNITED STATES MAGISTRATE JUDGE