1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

9

**DISTRICT OF NEVADA**

10
11

SALEEM ESTREMERA,                                )
12          #46484048                            )
                                                 )
13          Plaintiff,                           )          2:12-cv-00309-KJD-VCF
                                                 )
14   vs.                                         )
                                                 )          **ORDER**
15   NEVADA SOUTHERN                             )
     DETENTION CENTER, *et al.*,                 )
16                                               )
            Defendants.                          )
17   _____/

18
          Plaintiff has submitted a *pro se* civil rights complaint.  However, his application to
19
     proceed *in forma pauperis* is not on the proper form for a prisoner filing for *in forma pauperis* status.
20
     Moreover, the application is incomplete; he has not included the financial certificate signed by an
21
     authorized officer, and the statement for plaintiff's institutional account is missing.  *See* 28 U.S.C. §
22
     1915(a)(1)-(2); Local Rules of Special Proceedings 1-1, 1-2.  Accordingly, plaintiff will be granted thirty
23
     (30) days to submit a completed and signed application to proceed *in forma pauperis* on the required
24
     form for a prisoner provided by this court.  The application must be accompanied by all required
25
     financial documentation, as described in the instructions for use of the form.
26

**IT IS THEREFORE ORDERED** that the Clerk **SHALL SEND** plaintiff the approved form for Application to Proceed *In Forma Pauperis*, as well as the document "Information and Instructions for Filing a Motion to Proceed *In Forma Pauperis*." Within **thirty (30)** days from the date of entry of this order, plaintiff **SHALL FILE** a completed and signed application to proceed *in forma pauperis*, along with all required financial documentation, on the form provided by this court. Plaintiff's failure to file an application to proceed *in forma pauperis* in compliance with this order may result in the immediate dismissal of this entire action.

DATED this 9th day of March, 2012.

_____
UNITED STATES MAGISTRATE JUDGE