1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

SALEEM ESTREMERA,                      )
    #46484048                          )
                         )
       Plaintiff,                        )          2:12-cv-00309-KJD-VCF
                         )
vs.                                    )
                         )          **ORDER**
NEVADA SOUTHERN DETENTION             )
CENTER, *et al.*,                      )
                         )
       Defendants.                       )
_____/

       Plaintiff is a prisoner in federal custody at Nevada Southern Detention Center and is proceeding *pro se.*  Plaintiff's complaint shall proceed as set forth in the Screening Order dated May 23, 2012 (ECF #7).

       However, the court now changes the service instructions.  Service shall proceed as set forth below, and therefore, this order supersedes the Screening Order with respect to service on defendants.

       **IT IS THEREFORE ORDERED** that the Clerk of Court shall issue summons for defendants Warden Prado and Sergeant Barbier and deliver same, along with two copies of the complaint, to the U.S. Marshal for service.  The Clerk shall send to plaintiff two (2) USM-285 forms, one copy of the complaint and a copy of this order.  Plaintiff shall have twenty (20) days in which to

furnish to the U.S. Marshal the required Forms USM-285.  Within twenty (20) days after receiving from the U.S. Marshal a copy of the Form USM-285 showing whether service has been accomplished, plaintiff must file a notice with the court identifying which defendants were served and which were not served, if any.  If plaintiff wishes to have service again attempted on an unserved defendant(s), then a motion must be filed with the court identifying the unserved defendant(s) and specifying a more detailed name and/or address for said defendant(s), or whether some other manner of service should be attempted.

**IT IS FURTHER ORDERED** that henceforth, plaintiff shall serve upon defendants, or, if an appearance has been made by counsel, upon their attorney(s), a copy of every pleading, motion, or other document submitted for consideration by the court.  Plaintiff shall include with the original paper submitted for filing a certificate stating the date that a true and correct copy of the document was mailed to the defendants or counsel for defendants.  If counsel has entered a notice of appearance, the plaintiff shall direct service to the individual attorney named in the notice of appearance, at the address stated therein.  The court may disregard any paper received by a district judge or a magistrate judge that has not been filed with the Clerk, and any paper which fails to include a certificate showing proper service.

DATED this 4th day of June, 2012.

_____
UNITED STATES MAGISTRATE JUDGE

2