Gina Gilbert Winspear, Bar #5552
DENNETT WINSPEAR, LLP
3301 North Buffalo Drive, Suite 195
Las Vegas, Nevada 89129
Telephone:  (702) 839-1100
Fax:  (702) 839-1113
gwinspear@dennettwinspear.com

Ashlee B. Fletcher, Bar #12740
STRUCK WIENEKE & LOVE, P.L.C.
3100 West Ray Road, Suite 300
Chandler, Arizona 85226
Telephone: (480) 420-1600
Fax: (480) 420-1695
afletcher@swlfirm.com

Attorneys for Defendants

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| SALEEM ESTREMERA,<br><br>                           Plaintiff,<br><br>     v.<br><br>NEVADA SOUTHERN DETENTION CENTER, ACTING WARDEN PRADO, CHIEF OF SECURITY ARCHULETA,<br><br>                           Defendants. | NO. 2:12-CV-00309-KJD-(VCF) |

## ORDER RESETTING DISPOSITIVE MOTION DEADLINE

The Court, having reviewed Defendants' Motion to Reset Dispositive Motion Deadline, the parties' response and reply, and good cause appearing,

2

IT IS HEREBY ORDERED that Defendants' Motion to Reset Dispositive Motion Deadline is GRANTED. The dispositive motion deadline is extended from March 28, 2013 until 30 days after the Court rules on Defendants' pending Motion to Dismiss (Doc. # 25).

IT IS SO ORDERED:

_____
U.S. DISTRICT COURT JUDGE
DATED: March 27, 2013

2737166.1

2